UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
CHANA LEFKOWITZ on behalf of himself and all
other similarly situated consumers,

            **Plaintiff,**

                                 STIPULATION OF DISMISSAL

                                 13-cv-3846 (SJ)(RER)

           -against-

GC SERVICES LIMITED PARTNERSHIP

            **Defendants.**
-------------------------------------------------------------------------x

## STIPULATION OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses this action against Defendant with prejudice.

Each party shall bear its own costs and fees.

Dated: September 30, 2013

| CARTER LEDYARD & MILBURN LLP | LAW OFFICES OF DAVID PALACE |
|---|---|
| By: _____<br>Judith A. Lockhart<br>Leonardo Trivigno<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, New York 10005<br>Telephone: (212) 238-8603<br>Lockhart@clm.com<br>Trivigno@clm.com | By: /s/ David Palace<br>David Palace<br>383 Kingston Ave, #113<br>Brooklyn, NY 11213<br>Tel: (347) 651-1077<br>Fax: (347) 464-0012<br><br>*Attorneys for Plaintiff* |

-and-

William S. Helfand
Kellen R. Scott
Chamberlain, Hrdlicka, White, Williams
& Aughtry, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
William.Helfand@chamberlainlaw.com
Kellen.Scott@chamberlainlaw.com

*Attorneys for Defendant GC Services L.P.*